**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10390 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00117-RLH |
| v. |  |
| RIGOBERTO MOLINA-URIOSTEGUI, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Rigoberto Molina-Uriostegui appeals from the 41-month sentence imposed

following his guilty-plea conviction for being a deported alien found unlawfully in

the United States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Molina-Uriostegui contends that the district court procedurally erred at sentencing by: 1) treating the Guidelines as mandatory; 2) failing to consider imposing a sentence outside the Guidelines range in light of the factors set forth in 18 U.S.C. § 3553(a); and 3) failing to adequately explain the sentence imposed. He further contends that the sentence is substantively unreasonable. The record reflects that the district court did not procedurally err. *See United States v. Carty*, 520 F.3d 984, 991-93, 995 (9th Cir. 2008) (en banc). Moreover, in light of the totality of the circumstances, the sentence at the bottom of the Guidelines range is substantively reasonable. *See id*. at 993.

**AFFIRMED.**